**Motion Granted, Appeal Reinstated, and Order filed September 19, 2017.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-17-00420-CV

———————

### JOHN HIGHTOWER, JR. AND JESSICA HIGHTOWER, Appellants

### V.

### DOUG AND NANCY HERMS, DEBBIE PRUITT, AMY AND LANCE WARMKE, AND BRAD AND IXARAH PRANSCHKE, Appellees

**On Appeal from the 335th District Court
Washington County, Texas
Trial Court Cause No. 36193**

## REINSTATEMENT ORDER

Appellants filed a motion for further review of orders entered in the trial court under Rule 29.6 of the Texas Rules of Appellate Procedure. A temporary injunction was signed on May 19, 2017. Appellants timely filed a notice of appeal. Subsequently, the trial court signed an order denying a motion to dissolve the temporary injunction on July 6, 2017. Additionally, on that same day, the trial court signed an amended order granting temporary injunction which supersedes the

previous temporary injunction.

While an appeal from an interlocutory order is pending, on a party's motion, the appellate court may review "a further appealable interlocutory order concerning the same subject matter." Tex. R. App. P. 29.6(a)(1); *Tanguy v. Laux*, 259 S.W.3d 851, 854–56 (Tex. App.—Houston [1st Dist.] 2008, no pet.). Accordingly, appellants' motion is granted.

This case is **REINSTATED** and placed on the court's active docket. Appellants' supplemental brief is due **30 days** after the supplemental clerk's record is filed.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.